IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MARGARET E. AUSBURNE, | ) |
| Plaintiff, | ) Case No. 4:04-CV-00078 |
| v. | ) **ORDER** |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Secruity, | ) By: Jackson L. Kiser |
| Defendant. | ) Senior United States District Judge |

Before me is the *Report and Recommendation* of the United States Magistrate Judge [10] and the Defendant's *Objections to the Magistrate's Report and Recommendation* [11]. For the reasons stated in the accompanying *Memorandum Opinion*, I hereby **adopt** the Magistrate Judge's *Report and Recommendation* and **overrule** the Defendant's *Objections.* The Commissioner's final decision denying the Plaintiff's claim for benefits is therefore **reversed,** and judgment is **granted** for the Plaintiff. This case is hereby **remanded** to the Commissioner for the sole purposes of calculating benefits and paying benefits to the Plaintiff, and this case is hereby **dismissed** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 20th day of December, 2005.

s/Jackson L. Kiser
Senior United States District Judge